JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

JUAN LUIS TAPIA ESPINOZA,

Petitioner,

v.

TODD BLANCHE et al.,

Respondents.

Case No. 5:26-cv-05197-DFM

JUDGMENT

Pursuant to the Court's Memorandum Opinion and Order Denying Petition for Writ of Habeas Corpus,

IT IS ORDERED, ADJUDGED, AND DECREED THAT:

1. The Petition for Writ of Habeas Corpus (Dkt. 1) is **DENIED**.
2. Counts One and Three are **DENIED** on the merits.
3. Count Two is **DISMISSED WITHOUT PREJUDICE** for failure to exhaust administrative remedies.
4. Count Four is **DISMISSED WITHOUT PREJUDICE** as duplicative.

Date: 10/09/2026

DOUGLAS F. McCORMICK
United States Magistrate Judge